129 A.3d 512

**WALLER CORPORATION, Appellee**

v.

**WARREN PLAZA, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 6, 2015.

Decided Dec. 21, 2015.

John A. Bacharach, Esq., for Warren Plaza, Inc.

Marcia Lynn Telek DePaula, Esq., Adam Stephen Ennis, Esq., Steptoe & Johnson PLLC, Canonsburg, for Waller Corporation.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.